UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.                                ORDER
                                       09-CR-321
KEVIN DONALDSON,

                            Defendant.

          This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A).  On October 8, 2010 defendant filed a motion to dismiss the original indictment and on March 30, 2011 defendant filed a motion to dismiss the second superseding indictment.   On October 8, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motions be denied.

          The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motions to dismiss are denied.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 13, 2011